UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA WILLIAMSON, an individual,<br><br>                                         Plaintiff,<br><br>v.<br><br>CITY OF NATIONAL CITY, a municipal corporation; LUCKY NGUYEN; and JOHN McGOUCH,<br><br>                                         Defendants. | Case No.:  18-cv-02394-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

On October 15, 2020, the Court entered an Order "granting the parties' Joint Motion to Stay Proceeding Pending Appeal" and requiring the parties to "file a joint status report regarding the appeal on or before January 15, 2021 and every 90 days thereafter." (ECF No. 73).  Pursuant to this Order, a status report was due on or before October 12, 2021. The docket reflects that the October 12 status report has not been filed.

IT IS HEREBY ORDERED that the parties shall file a joint status report regarding the appeal on or before November 1, 2021.

Dated:  October 26, 2021

Hon. William Q. Hayes
United States District Court

1